UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD SWIFT, on behalf of
himself and all others similarly situated,

        Case No. 3:14-CV-1539-J-20PDB

    Plaintiff,

v.

BANK OF AMERICA CORPORATION,
NB HOLDINGS CORPORATION and
FIA CARD SERVICES, N.A.,

    Defendants.
_____/

### PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiff, Richard Swift ("**Plaintiff**" or "**Class Representative**"), hereby moves the Court for an Order Preliminarily Approving the Class Action Settlement and Certifying the Settlement Class. Plaintiff's Unopposed Motion seeks an order:

1. scheduling a Preliminary Settlement Approval Hearing before the Court to determine whether the proposed Settlement should be preliminarily approved, and whether the proposed Settlement Class should be certified;

2. approving Epiq Systems, Inc. as the Settlement Administrator and directing that notice of the Settlement be given to the Settlement Class in the proposed form and manner;

3. requiring objections, if any, to the Settlement, the plan of distribution, an application seeking a service award to the Class Representative, and/or an application for an award of attorneys' fees, costs and expenses to Class Counsel to be submitted by Class Members no later than 45 days before the date set for the Final Settlement Approval Hearing; and

4. scheduling a Final Settlement Approval Hearing before the Court to determine whether the proposed Settlement, a motion seeking a service award to the Class Representative, and a motion for attorneys' fees, costs and expenses to Class Counsel should be finally approved.

Plaintiff is concurrently submitting (a) Plaintiff's Memorandum in Support of his Unopposed Motion for Preliminary Approval of the Class Action Settlement and Certification of Settlement Class and accompanying exhibits: (b) the Stipulation and Agreement of Settlement; (c) Final Judgment and Order of Dismissal with Prejudice; (d) Proposed Order Preliminarily Approving Settlement and Certifying Settlement Class and Providing for Notice; (e) Summary Notice of Settlement; (f) Long-Form Notice of Settlement; (g) the Declaration of Plaintiff Richard Swift in Support of Plaintiff's Unopposed Motion for Preliminary Approval of the Class Action Settlement and Certification of Settlement Class; (h) the Declaration of John A. Yanchunis in Support of Plaintiff's Unopposed Motion for Preliminary Approval of the Class Action Settlement and Certification of Settlement Class; (i) Morgan & Morgan firm biography; (j) summary chart of recent TCPA class settlements; and (k) the Declaration of Cameron Azari in Support of Plaintiff's Unopposed Motion for Preliminary Approval of the Class Action Settlement and Certification of Settlement Class.

Dated:  April 21, 2016

Respectfully submitted,

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**

*/s/ Jonathan B. Cohen*
Jonathan B. Cohen (Florida Bar No. 027620)
Rachel Soffin (Florida Bar No. 018054)
John A. Yanchunis (Florida Bar No. 324681)
201 North Franklin Street, 7th Floor
Tampa, Florida  33602
Telephone:  (813) 223-5505
Facsimile:  (813) 223-5402
jcohen@forthepeople.com
rsoffin@forthepeople.com
jyanchunis@forthepeople.com

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of April 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to all attorneys of record in this matter.

*/s/ Jonathan B. Cohen*
Jonathan B. Cohen