UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RICHARD SWIFT, on behalf of
himself and all others similarly situated,

        Plaintiff,

v.

BANK OF AMERICA CORPORATION,
NB HOLDINGS CORPORATION and
FIA CARD SERVICES, N.A.,

        Defendants.
_____/

Case No. 3:14-CV-1539-J-20PDB

**PLAINTIFF'S MOTION FOR APPROVAL OF ATTORNEYS' FEES, COSTS AND EXPENSES AND SERVICE AWARD TO PLAINTIFF AS CLASS REPRESENTATIVE**

Pursuant to Federal Rules of Civil Procedure 23(h) and 54(d), this Court's Order dated April 27, 2016 (Doc. 40), and Paragraph 6 of the Stipulation and Agreement of Settlement ("**Settlement**") between Plaintiff, Richard Swift ("**Plaintiff**" or "**Class Representative**"), and Defendants, Bank of America Corporation, NB Holdings Corporation, and FIA Card Services, N.A. (collectively, "**Defendants**"), Plaintiff hereby moves this Court for an order awarding: (1) attorneys' fees in the amount of $250,000.00; (2) costs and litigation expenses in the amount of $12,767.71; (3) settlement administration expenses to Epiq Systems, Inc. in the amount of $125,985.15; and (4) a class representative service award to Plaintiff in the amount of $1,500.00.

This motion is based on the points and authorities cited in Plaintiff's accompanying Memorandum of Law in Support, the Declaration of John Yanchunis, the Declaration of Charles Marr, the arguments of counsel, the Stipulation and Agreement of Settlement, and all files, records and proceedings in this action, including Plaintiff's Motion for Final Approval of Class

1

Action Settlement, Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class, and Memorandum of Law in Support (Docs. 36 and 37), and all materials submitted in support thereof.  Defendants do not oppose this motion, and as of the date of this filing, no Settlement Class Member submitted a written objection to the proposed awards in response to the Notice of Proposed Settlement of Class Action.

Pursuant to this Court's Order dated April 27, 2016 (Doc. 40), Plaintiff's Motion for Final Approval of Class Action Settlement, and Motion for Approval of Fees, Costs and Expenses and Service Award to Plaintiff as Class Representative will be heard on July 13, 2016 at 1:30 p.m. in Courtroom 10C of the Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida 32202, before the Honorable Harvey E. Schlesinger.

Dated:  June 28, 2016                    Respectfully submitted,

**MORGAN & MORGAN
COMPLEX LITIGATION GROUP**

*/s/ Jonathan B. Cohen*
Jonathan B. Cohen (Florida Bar No. 027620)
Rachel Soffin (Florida Bar No. 018054)
John A. Yanchunis (Florida Bar No. 324681)
201 North Franklin Street, 7th Floor
Tampa, Florida  33602
Telephone:  (813) 223-5505
Facsimile:  (813) 223-5402
jcohen@forthepeople.com
rsoffin@forthepeople.com
jyanchunis@forthepeople.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of June 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to all attorneys of record in this matter.

/s/ Jonathan B. Cohen
Jonathan B. Cohen